**L O D G E D**
CLERK, U.S. DISTRICT COURT
2/18/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ eva _____ DEPUTY

**F I L E D**
CLERK, U.S. DISTRICT COURT
2/18/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ eva _____ DEPUTY

IFP

Eric Garcia (non-esq.)
P.O. Box 4285
Garden Grove, CA 92842
e-mail: serviceproof@yahoo.com

In Pro Se Plaintiff

L/N

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ERIC GARCIA,

         *Plaintiff,*

     -vs-

**GLENN RAY ANDERSON, a convicted sex offender, a child pornographer, a private investigator, and managing official of C-C.A.R.E., individually ;**
THE SHERR GROUP, INC. doing business as CALIFORNIA COMMUNITY ASSOCIATIONS RULES ENFORCEMENT, a criminal enterprise, a dissolved/suspended private security business licensed entity, a.k.a. C-C.A.R.E. ;
**KALEIDOSCOPE CONDOMINIUMS ASSOCIATION ;**
PEPPERWOOD VILLAGE HOA ;
**ANAHEIM POLICE DEPARTMENT ;**
GARDEN GROVE POLICE DEPARTMENT;
**ORANGE COUNTY SHERIFF'S DEPARTMENT ;**
PROFESSIONAL COMMUNITY MANAGEMENT OF CALIFORNIA, INC. ;
**ORANGE COUNTY SUPERIOR COURT ;**
TAX ACCOUNTANT/BOOKKEPPER;
**DOES 1-10, INCLUSIVE,**

         *Defendants,*

Case No: 8:21-cv-00352 JVS (DFMx)

**CLASS ACTION CIVIL COMPLAINT AND DEMAND FOR RESTITUTIONS, RESTRAINING ORDERS, JURY TRIAL, PROTECTIVE ORDERS, REQUEST FOR CRIMINAL R.I.C.O. INDICTMENTS against SHERR GROUP, INC., *et a*l., based upon mafia style racketeering R.I.C.O. torts/crimes :**

**RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT (R.I.C.O. Act) ; VIOLATIONS OF 18 U.S.C. §1961 *et seq*. ;**
( R.I.C.O. violations consisting of: Numerous Death Threats, Attempted Murders, State & Federal Tax Evasions, Hackings, Obstructions of Justice, Stalkings, Embezzlements, Money Launderings, Witnesses Tamperings, Witnesses Intimidations, Destructions & Thefts of Evidence, Frauds, Aggravated White Collar Crimes, Extortions, Criminal Conspiracies, Trespassing, Property Thefts, Cyber Crimes, Housing Discriminations, over $8 million in Property Value Losses, Tax Frauds Bookkeeping & Voter Electoral Frauds, Attempted Frame-Ups / Planting Evidence, Defamations, Perverted Acts of Peeping Tom-Sexual Abuses, Child Pornography , Felony Grand Thefts-Exceeding $500,000.00, *et. seq*. ; & *more*, all done for the past 15 years with illegal and criminal assistance of corrupt HOA's, Does, Corrupt Police, Corrupt Judges, Corrupt Court Staff, & *others* )

## CORRUPT JUDGES & CORRUPT POLICE IN ORGANIZED CRIME

Over 15 years of numerous ongoing death threat against Plaintiff & family, & Judicial Witch

Hunts from **Corrupt Judges, Corrupt Police & other Corrupt Law Enforcement entities**/affiliates,

with instigations of defendants, THE SHERR GROUP, INC. run by Convicted Sex Offender-GLENN

RAY ANDERSON ("ANDERSON"), a child pornographer (from Buena Park, CA) and racketeer

RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS (R.I.C.O.) Act
CIVIL COMPLAINT et *seq.* (RE: Organized Crimes, Tax Frauds/Embezzlements, Death Threats, Child Pornography)
against Sex-Offender GLENN RAY ANDERSON, his company-THE SHERR GROUP, INC. a.k.a. C-C.A.R.E.; OTHERS

embezzler/tax cheater (among many others things), defendants continue to evade justice for over 15 years (since 2005).  So, PLAINTIFF, again, and for about the 59th time and 15 years in a row, tries to bring SHERR GROUP *and their criminal associates* to justice despite continuous **Judicial Corruption for the last 15 years from various Superior Court Judges, Appellate Judges, Federal Judges, 9th Circuit Court Judges, many of whom have undermined the judicial system by playing games and purposely taking part in a Judicial Witch Hunt against PLAINTIFF** and used Sheriff Deputies, Police, Bailiffs and other law enforcement officers and *their associates*  to repeatedly harass and physically threatened PLAINTIFF and PLAINTIFF's family many times, to achieve the goals of obstructing justice many times, for the benefit of criminal enterprises of THE SHERR GROUP, INC. dba CALIFORNIA COMMUNITY ASSOCIATIONS RULES ENFORCEMENT a.k.a. C-C.A.R.E. being run by their manager, convicted sex offender and child pornographer GLENN RAY ANDERSON and co-defendants, such as corrupt police and other corrupt officials.

PLAINTIFF's home condominium complex (Kaleidoscope Condominiums Association, along with neighboring- Pepperwood Village Homeowners Association) has been held hostage for the last 15 years with the Totalitarian Control of sadistic ego-maniac ANDERSON, whom has done everything possible to keep his criminal enterprises immune from prosecutions so that **SHERR GROUP and ANDERSON continue their numerous crimes in the community with the help of Anaheim Police Department, Garden Grove Police Department, Orange County Sherriff's Dept., other  law enforcement agencies**, former and current board members from Kaleidoscope Condominiums Association, Pepperwood Village HOA, their property managing companies, government agencies, medical entities, PLAINTIFF's neighbors & many DOES and other affiliates.

SHERR GROUP and ANDERSON has committed numerous crimes consisting of: attempted arsons, housing discriminations, racism, hate related crimes in the community, and much more other things.  And so, PLAINTIFF, brings this Racketeer Influenced and Corrupt Organization (R.I.C.O.) act civil complaint to the Court as follows, in that SHERR GROUP and ANDERSON have

RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS (R.I.C.O.) Act
CIVIL COMPLAINT et *seq.*  (RE: Organized Crimes, Tax Frauds/Embezzlements, Death Threats, Child Pornography) against Sex-Offender GLENN RAY ANDERSON, his company-THE SHERR GROUP, INC.  a.k.a.  C-C.A.R.E.; OTHERS

been able to evade justice and prosecution of ANDERSON's criminal enterprises that have committed numerous racketeering activities in PLAINTIFF's home community for over 15 years due to the generosity of many Corrupt Officials such as Judges, Police, Sheriff's Dept. and many other Law Enforcement Agencies, all of whom aided and abetted ANDERSON into getting away with criminal activities of racketeering, Numerous Death Threats, Attempted Murders, State & Federal Tax Evasions, Hackings, Obstructions of Justice, Stalkings, Embezzlements, Money Launderings, Witnesses Tamperings, Witnesses Intimidations, Destructions & Thefts of Evidence, Frauds, Aggravated White Collar Crimes, Extortions, Criminal Conspiracies, Trespassing, Property Thefts, Cyber Crimes, Housing Discriminations, over $8 million in Property Value Losses, Tax Bookkeeping & Voter Electoral Frauds,  Attempted Frame-Ups of PLAINTIIFF, Planting Evidence against PLAINTIFF, Defamations, Perverted Acts of Peeping Tom-Sexual Abuses, Child Pornography , Felony Grand Thefts-Exceeding $500,000.00, *et. seq.* ; & *so much <u>more</u>*, all done for the over the past 15 years with illegal and criminal assistance of corrupt HOA's, DOES, Corrupt Police, Corrupt Judges & Corrupt Court Staff, & *others*

      PLAINTIFF ***again***, seeks restraining orders and protective orders against the police, judges and many DOES, so that this litigation goes uninterrupted and the later prosecution of ANDERSON and his associates also goes uninterrupted. PLAINTIFF, alleges the matters set out in this R.I.C.O. civil complaint on information and belief, and brings this R.I.C.O. action, within the court as follows.

## THE PARTIES

    1.  PLAINTIFF, is an individual, and is and was a resident in the County of Orange, of the State of California.

    2. Defendant GLENN RAY ANDERSON ("ANDERSON"), is and was a resident of the city of Buena Park, County of Orange, in the State of California.

3.   Defendant THE SHERR GROUP, INC. doing business as CALIFORNIA COMMUNITY ASSOCIATIONS RULES ENFORCEMENT a.k.a. C-CARE ( "C-CARE"), is and was a private security company entity of the State of California (that was started by DAVE SHERR of Los Alamitos, CA), and is not licensed to do business in the State of California because their business license has been suspended for over 15 years, since 2006, and despite their business licensed being suspended ANDERSON has continued to run illegal business and they have acted under color of a business capacity and all acts complained of were in furtherance of the conspiracy alleged and was intended to and did constitute precatory acts of racketeering and intended to and did cause PLAINTIFF's damages ( as well as damages to neighboring residents).

4. Defendant, KALEIDOSCOPE CONDOMNIUMS ASSOCIATION ("KALEIDOSCOPE"), is a "non-profit" common interest development, in the County of Orange, State of California.

5. Defendant, PEPPERWOOD VILLAGE H.O.A. ("PEPPERWOOD"), is a "non-profit" common interest development, in the County of Orange, State of California.

6. Defendant, ANAHEIM POLICE DEPARTMENT ("ANAHEIM POLICE"), is a law enforcement agency, in the County of Orange, State of California.

7. Defendant, GARDEN GROVE POLICE DEPARTMENT ("GGPD"), is a law enforcement agency, in the County of Orange, State of California.

8. Defendant, ORANGE COUNTY SHERIFF'S DEPT. ("OC SHERIFF"), is a law enforcement agency, in the County of Orange, State of California.

8. Defendant, PROFESSIONAL COMMUNITY MANAGEMENT OF CALIFORNIA, INC. ("PCM"), is a property management company, in the County of Orange, State of California.

8.   Defendant, TAX ACCOUNTANT/BOOKEEPER, is an individual, that conducted business, in the State of California.

9. Defendant, ORANGE COUNTY SUPERIOR COURT ("OC COURT"), is a judicial entity, a criminal enterprise, operating in the County of Orange, State of California.

RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS (R.I.C.O.) Act
CIVIL COMPLAINT et *seq.*  (RE: Organized Crimes, Tax Frauds/Embezzlements, Death Threats, Child Pornography)
against Sex-Offender GLENN RAY ANDERSON, his company-THE SHERR GROUP, INC.  a.k.a.  C-C.A.R.E.; OTHERS

10.  PLAINTIFF is ignorant of those fictiously named as DOES, and so PLAINTIFF sues them as DOES, but upon discovery of their true identities, PLAINTIFF will amend this complaint, to show true names of DOES.

11.  PLAINTIFF, is and was an in pro per PLAINTIFF, in previous litigations in the Orange County Superior Courts, 4th District Appellate Court, 3rd Division, and US District Courts, and tried many times during the last 12 years to resolve the issues alleged in this complaint.

12 .  ANDERSON is a convicted sex offender, a child pornographer, a private investigator and is and was the president of C-C.A.R.E. (with suspended business license) and during all times pertinent herein he acted under color of that capacity and all acts complained of were in furtherance of the conspiracy alleged and was intended to and did constitute precatory acts of racketeering and intended to and did cause PLAINTIFF damages and more damages to other homeowners and the community as a whole for over 15 years continuously and repeatedly.

13.  At all relevant times, ANDERSON was hired by C-C.A.R.E. to be its managing official.

14.  At all relevant times, defendant C-CARE was a named defendant, in different lawsuits filed by PLAINTIFF in OC COURT.

15.  At all relevant times, defendant, GLENN RAY ANDERSON is a convicted sex-offender, a child pornographer, and is and was the president of SHERR GROUP aka C-CARE, and another fabricated and embezzlement entity: C-CARE of orange county, inc..

16.  At all relevant times, defendant, SHERR GROUP a.k.a. C-CARE was started by DAVE SHERR and employed the service of defendant, ANSDERSON to be acting managing agent for C-C.A.R.E.

17.  At all relevant times, defendant, ANDERSON, used one-TERRENCE JAY MOORE, Esq., to act as agent of: C.C.A.R.E. of orange county, inc., which is managed by ANDERSON.

18.  At all relevant times, C-C.A.R.E. was hired by KALEIDOSCOPE and PEPPERWOOD to peep inside people's homes, secretly video record men, women and children in their rooms, without their knowledge, and pretend to do security.

RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS (R.I.C.O.) Act
CIVIL COMPLAINT et *seq.*  (RE: Organized Crimes, Tax Frauds/Embezzlements, Death Threats, Child Pornography) against Sex-Offender GLENN RAY ANDERSON, his company-THE SHERR GROUP, INC.  a.k.a.  C-C.A.R.E.; OTHERS

19.    At all relevant times, PCM. was hired by PEPPERWOOD to manage property at PEPPERWOOD.

20.   At all relevant times, ANAHEIM POLICE was recruited by ANDERSON and C-C.A.R.E. to act as "hitmen" in threatening PLAINTIFF and PLAINTIFF's mother at all times, during ANDERSON's racketeering scheme at KALEIDSCOPE and PEPPERWOOD.

20.   At all relevant times, GGPD was recruited by ANDERSON and C-C.A.R.E. to act as "hitmen" in threatening PLAINTIFF and PLAINTIFF's mother at all times, during ANDERSON's racketeering scheme at KALEIDSCOPE and PEPPERWOOD.

21.    At all relevant times, TAX ACCOUNTANT/BOOKEEPER was used by ANDERSON, KALEIDSCOPE, PEPPERWOOD, PCM and C-C.A.R.E. to handle tax preparation and tax records, and manipulated bookings in favor of co-defendants.

21.    At all relevant times, OC COURT was used by ANDERSON and C-C.A.R.E. while ANDERSON and C-CARE were defendants in many past litigations.

22.    At all relevant times, OC SHERIFF was used by OC COURT, ANDERSON and C-C.A.R.E. while ANDERSON and C-CARE were defendants in many past litigations, and all times relevant, defendants, ANDERSON, C-CARE, KALEIDSCOPE, PEPPERWOOD, PCM, ANAHEIM POLICE, OC SHERIFF, OCCOURT, TAX ACCOUNTANT/BOOKEEPER (collectively, "Defendants"), did and caused harm to PLAINTIFF, and also caused damages to PLAINTIFF's neighboring residents throughout PLAINTIFF's complex.

## PRELIMINARY ALLEGATIONS
### (RE: ORGANIZED CRIME)

23.    ANDERSON started this crime scheme years ago in 2003, and was a defendant through his company- SHERR GROUP, INC.  a.k.a. C-C.A.R.E., while PLAINTIFF was in pro

per PLAINTIFF in those prior litigations that were corrupted by various Judicial Officers and the ANAHEIM POLICE, OC SHERIFF with fabricated and planted evidence.

24.   PLAINTIFF had made these issues to the courts for many past years to different judges, so there really is no need for PLAINTIFF to repeat the same allegations, as the courts all know ANDERSON's criminal activities and have allowed ANDERSON to evade justice.

a. **RACKETEERING ACTIVITES**

25.   During the ten (10) calendar years preceding August 1, 2020 *A.D.*, and many years prior, ANDERSON and various entities and DOES, did cooperate jointly and severally in the commission of more than two (2) of the R.I.C.O. predicate acts that are itemized in the R.I.C.O. laws at 18 U.S.C. §§1961(1)(A) and (B), and did so in violation of the R.I.C.O. law at 18 U.S.C. 1962(b) (Prohibited activities). And early, in 2005, ANDERSON also began his fraudulent scheme.

26.   PLAINTIFF further alleges that ANDERSON and DEFENDANTS did commit more than two (2) of the offenses itemized above in a manner which they calculated and premeditated intentionally to threaten continuity, *i.e.* a continuing threat of their pervasive *racketeering activities*, also in violation of the R.I.C.O. law at 18 U.S.C. 1962(b) *supra*, such as but not limited to the following R.I.C.O. related crimes: Tax Fraud, Money Launderings, Embezzlement, Death Threats, and so much more (the courts, police, local feds, etc. already know all the crimes that ANDERSON and his associates have committed over the last 15 years, and are purposely ignoring it all, and instead helping ANDERSON get away with all of his crimes).

b. **PLAINTIFF'S PRIOR ATTEMPTS TO LITIGATE**

27. PLAINTIFF tried to diligently pursue this action sooner, but ANDERSON and his co-DEFENDANTS and their criminal associates committed numerous constant acts of duress, in the

use of numerous illegal and criminal death threats, made towards PLAINTIFF, PLAINTIFF's mother (at her home years earlier, and now using many 2nd and 3rd party "hitmen") and to PLAINTIFF's family, have had a stonewalling effect, in PLAINTIFF's attempt to bring this action sooner.

28.   DEFENDANTS are also in a fiduciary position over PLAINTIFF, and PLAINTIFF has no access to DEFENDANTS's private meetings, and as such, PLAINTIFF was unaware of many of DEFENDANTS' criminal and fraudulent operations made towards PLAINTIFF, because DEFENDANTS intentionally concealed said information and PLAINTIFF would also be deprived of knowing said information, because DEFENDANTS would use local law enforcement to repeatedly harass and threaten PLAINTIFF, and also threatened PLAINTIFF's mother at their home and elsewhere, all in a joint effort to silence PLAINTIFF and keep PLAINTIFF from exposing DEFENDANTS' tax fraud and embezzlement R.I.C.O. related criminal operations.

29.   PLAINTIFF tried to uncover the facts to the many acts of racketeering activities and fraud that DEFENDANTS had committed against PLAINTIFF and neighboring residents, but DEFENDANTS fraudulently concealed much of the information to their illegal actions, and had others repeatedly threaten PLAINTIFF with death threats to PLAINTIFF, PLAINTIFF's mother-Montiel, and PLAINTIFF's family members and PLAINTIFF's property, all to prevent PLAINTIFF from obtaining and exposing such information against DEFENDANTS.

30.   Other times, DEFENDANTS were able to get Superior Court judges to cut-off PLAINTIFF when PLAINTIFF exposed their racketeering and fraudulent actions/operations.

31.   In addition C-C.A.R.E., ANDERSON *and* his associates, have stolen vital information with regards to allegations set forth in this R.I.C.O. civil complaint, from PLAINTIFF's home, PLAINTIFF's Vehicle, and personal duffel bags and carry-on small luggage at other locations presently, and in past years.

32.  Also, DEFENDANTS have intercepted and stolen PLAINTIFF's mail from PLAINTIFF's mailbox, and also DEFENDANTS have intercepted, destroyed, deleted and stolen PLAINTIFF's e-mails and other electronic storage devices, and have physically destroyed PLAINTIFF's laptops, and DEFENDANTS have also destroyed PLAINTIFF's home computers with virus malware infections and other electronic means, and have also destroyed PLAINTIFF s cell phones and PLAINTIFF's residential home landline home phones, recently and repeatedly, all of which has occurred over the past 15 years and longer.

33.  And, disturbingly, DEFENDANTS, C-CARE and ANDERSON *and* his associates) continue to jointly use death threats and many other illegal acts of duress and coercion against PLAINTIFF, and against PLAINTIFF's mother by using 2nd and 3rd party hit men and against PLAINTIFF's family and PLAINTIFF's property, all to silence PLAINTIFF and to keep PLAINTIFF from exposing DEFENDANT's criminal acts, all of which has been ignored by local law enforcement and also ignored by many judges, all due to their conflicts of interest in favor of ANDERSON's criminal activities.

34.  But, on the advice of an attorney, in pro per PLAINTIFF was advised to bring this R.I.C.O. action to document DEFENDANT's criminal conduct, and possibly put a stop to some of the defendant's perverse, treacherous and malicious actions with injunctions (and other legal remedies), because DEFENDANT's actions are increasingly getting worse.

c.  **EMBEZZLEMENT TOOLS**

35.  ANDERSON and SHERR GROUP  have used a variety of tools for their racketeering and embezzlement criminal activities and those tools are, but not limited to the following:

a.) Cell Phones,

b.) Computer and Computer equipment

c.) Auto vehicles

d.) PLAINTIFF's neighbors

RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS (R.I.C.O.) Act
CIVIL COMPLAINT et *seq.*  (RE: Organized Crimes, Tax Frauds/Embezzlements, Death Threats, Child Pornography)
against Sex-Offender GLENN RAY ANDERSON, his company-THE SHERR GROUP, INC.  a.k.a.  C-C.A.R.E.; OTHERS

e.) any law enforcement agencies such as ANAHEIM POLICE DEPARTMENT, GARDEN GROVE POLICE DEPARTMENT, OC SHERIFF's DEPARTMENT, and many other law enforcement agencies and their affiliates.

f.) Court Personnel such as Corrupt Judges from the Superior Courts, Appellate Courts, Federal Courts, and 9th Circuit Court of Appeals. Also corrupt Court Staff, etc.

g.) security cameras

h.) any video surveillance equipment

i.) communications and associations with KALEIDOSCOPE, PEPPERWOOD and with other common interest developments/ HOA's, and with their property managing companies

j.) Vexatious Litigant Statute (an embezzlement tool), because the Vexatious Litigant Statute is "Judicial Racketeering tool" created over 50 years ago to protect corrupt companies and other criminal enterprises in the corrupt judicial court system, and has now been used many times in the past as an embezzlement tool by ANDERSON, SHERR GROUP, and their co-defendants and their corrupt attorneys, that has allowed these R.I.C.O. embezzlers/defendants to avoid legal action each year for over the last 10 years because each year corrupt, biased and racist judges intentionally misuse the Vexatious Litigant Statue to prevent Plaintiff from prosecuting said R.I.C.O. action(s), year after year, against the embezzling-racketeering defendants and the corrupt courts will provide aid and protect these criminal R.I.C.O. defendants/embezzlers to, once again, get away with their racketeering activities, crimes and violations; and  much more, which would be revealed during the discovery phase of this proposed litigation, unless once again judicial corruption comes to the aid of these defendants by avoiding litigation and preventing Plaintiff from pursuing this R.I.C.O. action due to frivolous and biased premature court rulings from the never-ending corrupt judicial system that's infested with crooked judges, among other reasons.

1

### CRIMINAL ASSOCIATIONS/AFFILIATIONS WITH HOA'S, DOES, POLICE

2

36.  At all relevant times, ANDERSON was affiliated with many Homeowners' Associations,

3

individual DOES, Police agencies, Judicial Officers and Court staff, all in a criminal conspiracy

4

to allow ANDERSON to commit R.I.C.O. crimes.

5

6

### JURISDICTION

7

37.  This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1331 in that this

8

Complaint arises under the Federal laws of the United States.

9

38.  DEFENDANTS are subject to jurisdiction of this Court and venue lies with this Court

10

pursuant to 28 U.S.C. §139(b), despite some defendants moving out of state to try to avoid

11

prosecution for their RICO activities.

12

39.  This Court has pendent jurisdiction over those claims asserted herein that arise under

13

the laws of the State of California.

14

15

16

COUNT I

17

VIOLATIONS OF:

18

**RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT (R.I.C.O. Act) ;**
**VIOLATION OF 18 U.S.C. §1961 *et seq.* ;**

19

( R.I.C.O. violations consisting of:  Numerous Death Threats, Attempted Murders, State & Federal

20

Tax Evasions, Hackings, Obstructions of Justice, Stalkings, Embezzlements, Money Launderings, Witnesses Tamperings, Witnesses Intimidations, Destructions & Thefts of Evidence, Frauds,

21

Aggravated White Collar Crimes, Extortions, Criminal Conspiracies, Trespassing, Property Thefts,

22

Cyber Crimes, Housing Discriminations, over $8 million in Property Value Losses, Tax Bookkeeping & Voter Electoral Frauds,  Attempted Frame-Ups / Planting Evidence, Defamations,

23

Perverted Acts of Peeping Tom-Sexual Abuses, Child Pornography , Felony Grand Thefts-Exceeding $500,000.00, *et. seq.* ; & *more*, all done for the past 12 years with illegal and criminal

24

assistance of corrupt HOA's, Does, Corrupt Police, Corrupt Judges & Corrupt Court Staff, & *others*)

25

26

40.  Plaintiff now re-alleges each and every allegation as set forth above, and hereby

27

incorporates same by reference, as if all were set forth fully herein.  Substance prevails over form.

28

**RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS (R.I.C.O.) Act**
**CIVIL COMPLAINT et *seq.*  (RE: Organized Crimes, Tax Frauds/Embezzlements, Death Threats, Child Pornography)**
**against Sex-Offender GLENN RAY ANDERSON, his company-THE SHERR GROUP, INC.  a.k.a.  C-C.A.R.E.; OTHERS**

41.   At various times and places partially enumerated in Plaintiff's *documentary material*, all Defendants did associate with a RICO *enterprise* of individuals who were associated in fact and who engaged in, and whose activities did affect, interstate and foreign commerce.

42.   Likewise, all Defendants did conduct and/or participate, either directly or indirectly, in the conduct of the affairs of said RICO *enterprise* through a *pattern of racketeering activity*, all in violation of 18 U.S.C. §§1961(4), (5), (9), and 1962(c).

43.   During the ten (10) calendar years preceding August 1, 2020 *A.D.*, and years prior, all Defendants did cooperate jointly and severally in the commission of two (2) or more of the RICO predicate acts that are itemized in the RICO laws at 18 U.S.C. §§1961(1)(A) and (B), and did so in violation of the RICO law at 18 U.S.C. 1962(c) (Prohibited activities).

44.   Plaintiff further alleges that all Defendants did commit two (2) or more of the offenses itemized above in a manner which they calculated and premeditated intentionally to threaten continuity, *i.e.* a continuing threat of their respective *racketeering activities*, also in violation of the RICO law at 18 U.S.C. 1962(c) *supra*.

45.   This Count arises under the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §1961, et seq. Each individual defendant named herein is a "person" within the meaning of 18 U.S.C. §1961(3).

46.   The defendants were an enterprise within the meaning of 18 U.S.C. §1961(4) which is engaged in, or the activities of which affect, interstate or foreign commerce by virtue of the positions held whereby decisions made provide a benefit, revenue, and income to parties involved in litigation appearing before them.

47.   The acts of the individual defendants and corporate defendants as set forth in herein in detail repeated violations of both Federal and State law. Therefore, these activities constitute a further component of a pattern of racketeering activity within the meaning of 18 U.S.C. §1961 and (State Corruption Activities Act)

**RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS (R.I.C.O.) Act**
**CIVIL COMPLAINT et *seq.* (RE: Organized Crimes, Tax Frauds/Embezzlements, Death Threats, Child Pornography) against Sex-Offender GLENN RAY ANDERSON, his company-THE SHERR GROUP, INC.  a.k.a.  C-C.A.R.E.; OTHERS**

48.   The acts of the individual defendants as set forth herein constitute repeated and continuing conduct that was neither isolated nor sporadic, but that involved a callous disregard for the law that has evolved gradually over the years.

49.   The acts of the individual defendants as set forth herein demonstrate that said defendants at all times pertinent, and to the present, are conducting or participating in, directly or indirectly, the affairs of a continuing criminal enterprise, which enterprise is engaged in or affecting interstate commerce under 18 U.S.C. §1961, through a pattern of racketeering activity, as alleged and described fully herein through telephone communications and the U.S. Postal Service.

50.   On or about May 2005, Plaintiff filed suit (*Garcia vs. C-CARE*; 05CC05991) at Central Justice Center of the Orange County Superior Court, against Plaintiff's homeowners association-Kaleidoscope Condominiums Association, a.k.a. Kaleidoscope Homeowners Association, a.k.a. "The Kaleidoscope Mafia" ("hereinafter referred to as "KALEIDOSCOPE" or "defendant"), against Plaintiff's then property management company (J. L. Gill Management, Inc.), and Plaintiff's former and now fired private security company (The Sherr Group, Inc. a/k/a C-CARE) and does 1-100, inclusive, all of whom jointly defamed Plaintiff in a community newsletter by falsely accusing Plaintiff of criminal activity. Plaintiff filed suit in the Superior Court, and throughout the litigation, JUDGE MOSS abused his discretion as a Judge, and did special illegal favors to law firms, THARPE & HOWELL, and to another law firm named BRADY, VORWERCK, RYDER & CASPINO, and defendants ANDERSON, and C-CARE, in that JUDGE MOSS granted them an issue sanction, so that they can win their civil case for their clients.

51.  Defendant, ANDERSON had his attorney- Florin Campean, and co-counsel, David Olson, unjustly provoke a physical body threat against Plaintiff during a deposition, to cause Plaintiff to leave said deposition, then both Campean, and Olson "cried wolf" to the court and scapegoat Plaintiff for what was an abuse of process on their part at the instigation of

RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS (R.I.C.O.) Act
CIVIL COMPLAINT et *seq.*  (RE: Organized Crimes, Tax Frauds/Embezzlements, Death Threats, Child Pornography) against Sex-Offender GLENN RAY ANDERSON, his company-THE SHERR GROUP, INC.  a.k.a.  C-C.A.R.E.; OTHERS

ANDERSON and C-CARE, by filing a Motion for an Issue Sanction, by which, Judge Moss, granted it to them as part of the conspiracy against Plaintiff, and on the day of trial JANUARY 2007, JUDGE MOSS continued with his judicial travesty towards Plaintiff by refusing Plaintiff to give an opening statement, despite there being two witnesses in the courtroom, that Plaintiff wanted to call to the witness stand. JUDGE MOSS declined Plaintiff's request to call witnesses to the stand, as he declined Plaintiff to give an opening statement.

52.  Plaintiff then requested to continue trial because he wanted to amend his complaint to add newer causes of actions, because defendants in the Garcia vs. C-CARE case were involved in federal tax and state tax embezzlement, racketeering, committing numerous death threats, with the aid of Anaheim Police Department, towards Plaintiff and Plaintiff's family and mother- Montiel, all in an effort to silence Plaintiff from reporting their embezzlement. JUDGE MOSS declined and ignored Plaintiff's concerns. JUDGE MOSS then dismissed Plaintiff's case. The conduct JUDGE MOSS was done with malice and spite and was, instigated by ANDERSON, and C-CARE, and was thus, the continuance of the conspiracy against Plaintiff, that began in 2004.

53.  On or about JANUARY 2007, defendant SHERRI KUEBLER, in the furtherance of the conspiracy against Plaintiff, and with the instigation of co-defendant, JUDGE MOSS, and ANDERSON, all in the continuing tort and conspiracy of continual unlawful acts against Plaintiff, willfully and deliberately committed RICO violations, in committing Fraud and Unfair Business Practices, by not documenting and not transcribing the words that Plaintiff had stated at the day of trial. After Plaintiff obtained a copy of the trial transcript, there were many words and paragraphs missing, that Plaintiff had stated at the hearing.

54.  At the hearing, Plaintiff had told JUDGE MOSS:

> **Plaintiff:** Defendants have been harassing me and my family with
>
> death threats, because they know that I'm aware that
>
> they're embezzling tens of thousands of dollars, and have
>
> threatened me and my family to not report them.

RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS (R.I.C.O.) Act
CIVIL COMPLAINT et *seq.*  (RE: Organized Crimes, Tax Frauds/Embezzlements, Death Threats, Child Pornography) against Sex-Offender GLENN RAY ANDERSON, his company-THE SHERR GROUP, INC.  a.k.a.  C-C.A.R.E.; OTHERS

**JUDGE MOSS:** I am still dismissing your case

55.  The above statements, of this complaint, can be proven, because Plaintiff has been informed that the courts have hidden video recording equipment inside the courtrooms and Plaintiff's words can be verified and confirmed with the court's video surveillance recordings. Plaintiff will seek the release of said archived video, through discovery process of this litigation. And this will further proof, that KUEBLER sabotaged said proceeding by not properly documenting Plaintiff's statements, by leaving many statements that Plaintiff stated with regards to the embezzlement, corruption, death threats being committed by defendant, ANDERSON, and C-CARE.

56.  Plaintiff is informed on information and belief, that ANDERSON had JUDGE MOSS and the ORANGE COUNTY SUPERIOR COURT intentionally obstructed justice in having KUEBLER commit fraud, by aiding and abetting the cover-up of the embezzlement in Plaintiff's place of living, by not documenting said statements about the tax fraud and death threats against Plaintiff and Plaintiff's family, going on in Plaintiff's home residence.

57.  This cover-up of was done with the instigation of ANDERSON, through OC Courts' personnel.

58.  As a result of KUEBLER's refusal to document said evidence, Plaintiff filed suit against KUEBLER in co-defendant, Los Angeles County Superior Court-Stanley Mosk Courthouse (LACSC) place of business.

59.  On or about 2007, defendants GLENN RAY ANDERSON ("ANDERSON"), and his private security company, co-defendant, THE SHERR GROUP, INC dba C-CARE("SHERR GROUP" or "C-CARE")  intentionally interfered with and against Plaintiff's litigation against SHERR GROUP, and their associates by influencing OCSC through SHERR GROUPS' then counsel-Devin Lucas, of BREMER, WHYTE, BROWN & O'MEARA, through their founder-

Nicole Whyte, to sabotage and ruin Plaintiff's case, by having OCSC and their judicial officers intentionally disrupt and derail Plaintiff's case, in which Plaintiff was seeking $400,000.

60. As a result of Plaintiff suing SHERR GROUP, KALEIDOSCOPE and JL GILL, in case _Garcia vs C-CARE_, in the court, KALEIDOSCOPE fired defendants, SHERR GROUP and ANDERSON for making false statements in a community newsletter about Plaintiff. ANDERSON and SHERR GROUP convinced to allow KALEIDSCOPE to use SHERR GROUP as an embezzlement tool to mislead Plaintiff and Plaintiff's neighbors and homeowners association into thinking that they were paying association dues for payment to the security company SHERR GROUP, while all along they were not paying them, because ANDERSON had SHERR GROUP work for free so that the KALEIDOSCOPE former boardmembers named MARK STEAD, KYLE PRITCHARD, GLADYS DUNCAN, BOB BUGG, in associations with MICHAEL WILLIAMS, ORLANDO CRUZ, PAM MORRIS, STAN MORRIS, JOYCE GILL, LONNIE GILL, DAVID LEWIS, and many others, together and collectively known as their secret society/criminal enterprise- "The Kaleidoscope Mafia" (other names are unknown, because ANDERSON and C-CARE have stolen many evidence that Plaintiff had in his belongings, duffel bags, and from Plaintiff's home property files [when Plaintiff was not home]).

61. Plaintiff had payed money for the home property that he lives in KALEIDOSCOPE since Plaintiff was 14 yrs old, in 1988, by making a $1,000 deposit for the downpayment of the home, and thereafter payed monthly association dues of $300 a month up until 2013, and also made some association dues payments in the year 2014 and year 2015, 2017, 2018 and 2019.

62. Plaintiff knew that KALEIDSCOPE was embezzling money funds with the instigation of ANDERSON and C-CARE and told their former attorney-FLORIN CAMPEAN after a hearing at JUDGE MCEACHEN's courtroom that Plaintiff was going to report his clients-ANDERSON and THE SHERR GROUP, KALEIDOSCOPE and C-CARE to the tax authorities for the tax fraud and embezzlement that they're all committing against Plaintiff and Plaintiff's resident neighbors.

63.   As a result of Plaintiff notifying ANDERSON and C-CARE that Plaintiff was going to report their tax fraud and embezzlement, ANDERSON and C-CARE threaten to murder Plaintiff's mother-Montiel, by having a person lying in wait outside and down the street from where Plaintiff lives because ANDERSON and C-CARE (both of which are security personnel) knew, from viewing their association security cameras, mounted outside on the rooftop, as to when and in which direction  Plaintiff's mother takes her morning routine daily walk. ANDERSON and C-CARE's stalking of Plaintiff's mother and Plaintiff has been getting worse since then, and ANDERSON has gone through great lengths to harass, threaten to murder, intimidate, and annoy Plaintiff's elderly and disabled mother many times, all in a joint effort to keep Plaintiff from reporting ANDERSON and C-CARE's tax fraud embezzlement at KALEDOSCOPE and next door association named PEPPERWOOD VILLAGE HOMEWOWNERS ASSOCIATION ("PEPPERWOOD"), also known as "The Pepperwood Mafia", or "Pepperwood Mafia", because both KALEIDOSCOPE, and PEPPERWOOD have been using similar mafia-style tactics to intimidate, threaten to murder and harass Plaintiff and Plaintiff's mother, and this is all known to the Anaheim Police Department, The Orange County Sherriff's Dept., the FBI, the many Superior Court Judges such as Judge Horn, Judge Fell, Judge Moberly, Judge O'Leary, Judge Lewis, Judge Rodriguez, Judge Moss, and various other judicial officers, US District Judge Selna, and it is also known to the US Department of Justice, OC District Attorney's office, and also known to many other officials, and all of them have ignored Plaintiff's requests for protective custody. They are all having a conflict of interest and have allowed ANDERSON and C-CARE to get away with "mafia-style" corruption at KALEDOSCOPE and PEPPERWOOD. By reason thereof, PLAINTIFF requests that the above named Judges, and Carter, and Reid O'Connell abstain from this case, so there are no travesties.

64.   C-CARE, which is being run by convicted sex-offender GLENN RAY ANDERSON,

has been committing numerous sex-related crimes, thefts (and many other different crimes) in the KALEIDOSCOPE community for many years due to the sadistic perverse nature of ANDERSON. ANDERSON has also influenced KALEIDOSCOPE, and PEPPERWOOD former and current boardmembers to lie to the community residents that their homes will be remodeled if they pay higher association dues, because they need to compensate for the embezzlement of association funds that were supposed to be used for the complex' remodeling project that has lasted over 12 years and is not more than 10% complete and care stretching the remodeling project for another 15 years more till the year 2027 or longer, so that ANDERSON and his accomplices can compensate for the felony grand theft of embezzlement and money laundering, all of which the ANAHEIM POLICE, the courts, and other agencies, are fully aware and letting ANDERSON et al. get away with & of which ANDERSON has had aid in threatening PLAINTIFF & PLAINTIFF'S mother if PLAINTIFF reports ANDERSON's R.I.C.O. activities.

65.    ANDERSON has issues that seeks the attention of professional mental help because ANDERSON is an obsessive compulsive "ego-maniac" that has threaten to murder Plaintiff's -MONTIEL many times in past years, and has used PLAINTIFF'S neighbors, the Anaheim Police, Garden Grove Police, and other criminal associates, as pawns/"hit men" to carry-out illegal criminal threats against Plaintiff's mother-MONTIEL, and much of this is known to the ANAHEIM POLICE DEPARTMENT ("ANAHEIM POLICE") and they-ANAHEIM POLICE do nothing to stop ANDERSON from trying to hurt and murder Plaintiff mother- MONTIEL, because MONTIEL is a witness to ANDERSON's criminal R.I.C.O. violations.

66.    As a matter of fact, the ANAHEIM POLICE have repeatedly threaten and abused Plaintiff elderly and disabled mother-MONTIEL many times in the past because  ANDERSON has been able to get the ANAHEIM POLICE to threaten and abuse Plaintiff's elderly & disabled mother- MONTIEL, and ANDERSON has been stalking & threatening my Plaintiff- MONTIEL.

**RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS (R.I.C.O.) Act**
**CIVIL COMPLAINT et *seq*.  (RE: Organized Crimes, Tax Frauds/Embezzlements, Death Threats, Child Pornography)**
**against Sex-Offender GLENN RAY ANDERSON, his company-THE SHERR GROUP, INC.  a.k.a.  C-C.A.R.E.; OTHERS**

67.  ANDERSON (and his criminal associates) has broken into PLAINTIFF's home at KALEIDOSCOPE and stolen many items (evidence regarding ANDERSON's racketeering activities) that PLAINTIFF had. And this is not the first time that ANDERSON et al has broken in PLAINTIFF's home and stolen many items. ANDERSON (and his criminal associates) has broken, trespassed and stolen items from Plaintiff's home, when Plaintiff is not there (and when no one else is there at Plaintiff's home), for many years.

68.  In addition to stealing, ANDERSON et al (others), during the past 15 years, has also committed the following:

1.) Stolen hundreds of dollars from Plaintiff's mother- MONTIEL's drawer.

2.) Has manipulated a gas leak in my dryer, to try to make Plaintiff's home explode and murder Plaintiff and Plaintiff's mother and family in the process.

3.) Has and/or had someone else shoot at, towards Plaintiff's mother- MONTIEL 's bedroom window with a firearm at night, while Plaintiff's mother- MONTIEL was sleeping in her upstairs bedroom.

4.) Has brought in a swarm of infected mosquitoes into Plaintiff's home (when no one was home) to try to get them to sting and infect Plaintiff's mother- MONTIEL or anyone else.

5.) Has left feces on the side of Plaintiff's mother- MONTIEL's drivers' seat door, to try to get Plaintiff's mother - MONTIEL to step on shit.

6.) Sabotaged the gas lines in dryer to cause gas leak, to try to cause explosion and murder Plaintiff and Plaintiff's family. SEARS personnel had to come and fix the gas leak.

7.) Brought in a swarm of infected mosquitos into Plaintiff's home with the intent to murder Plaintiff and Plaintiff's family

8.) In 2009, Had a person threaten to attack Plaintiff's-MONTIEL ("MONTIEL") while she MONTIEL went for her routine morning walk, by having that person "lying in wait" and using Plaintiff's and MONTIEL 's residence' condominium's security rooftop cameras, to

see when MONTIEL leaves her home to go for her walk and attack her by scaring the then 74 year old disabled and elderly MONTIEL.

9.) Constantly breaks inside homes and steals personal belongings and many other things.

10.) Uses the condominiums rooftop security cameras to view and calculate when to commit crimes in PLAINTIFF's community.

11.) Breaks into cars and steals from vehicles in PLAINTIFF's vehicle and others too.

12.) Stole $700 in cash (out of $1,000; left $300) from MONTIEL's drawer.

13.) Poisoned MONTIEL with food poisoning, by breaking into Plaintiff's home and poisoning food, that caused MONTIEL to get sick, ill and had her sent to Emergency Room at UCI Medical Center to be treated for food poisoning.

14.) Repeatedly shines security vehicles's front light high beams into MONTIEL's bedroom to harass and annoy MONTIEL.

15.) Has repeatedly threatened to murder MONTIEL many times over the course of the last 10 years.

16.) Has repeatedly used many of Plaintiff and MONTIEL's neighbors to join their criminal organizations-The Kaleidoscope Mafia, and The Pepperwood Mafia (both of which were started/created by ANDERSON), all to harass, threaten and cause harm to MONTIEL and family.

17.) Has used corrupt Police and corrupt court officials to help ANDERSON cover his tracks.


69.    And there are many other different criminal activities that ANDERSON has committed against PLAINTIFF and against PLAINTIFF's mother and PLAINTIFF's resident neighbors, all in a joint effort by ANDERSON, and C-CARE to silence PLAINTIFF from disclosing ANDERSON's and C-CARE's tax fraud, embezzlement and many other crimes in the community of KALEIDSCOPE and PEPPERWOOD, all of which ANDERSON has caused over $8,000,000.00 (Eight Million Dollars) in damages/losses.

70.    ANDERSON, is obviously a sadistic "nut-job" that needs to be restraint and have the attention of professional medical mental help, because ANDERSON wants residents at KALEIDOSCOPE and PEPPERWOOD to think of him-ANDERSON, as some kind of "god" in the community, and ANDERSON wants everyone to listen and obey him, and now that his company was fired, ANDERSON has "piggybacked" off of the current and new private security company at KALEIDOSCOPE and PEPPERWOOD so that he-ANDERSON can keep his criminal operations in the community as stable as possible, due in part to the generosity of the Orange County Superior Court-Central Justice Center, where many Superior Court judges took part in a "Judicial Witch-Hunt" against Plaintiff by protecting and aiding and abetting the convicted sex-offender-GLENN RAY ANDERSON, to get away with so much illegal and criminal activity.

71.    For example Judge Fell, intentionally misused her position as a judge, and used her bench position out of personal vindictiveness in case *Garcia vs Doe* (08-104683), in which Judge Fell allowed ANDERSON to avoid justice and had Plaintiff's case improperly dismissed to allow ANDERSON avoid liability.  Dozens of other Judges, from the Appellate, Superior and Federal courts have also took part in the conspiracy against PLAINTIFF, and Judge NAKAMURA and Judge MARGINES are the latest Judges that have participated in the Judicial Witch Hunt against PLAINTIFF, because both have obstructed justice against PLAINTIFF, and Judge NAKAMURA is also a racist and biased towards PLAINTIFF, and so is JUDGE ERICK LARSH another racist, biased, prejudicial and corrupt judge, and JUDGE MARIA HERNANDEZ is the latest assigned assistant presiding judge that's taking part in this judicial witchhunt. By reason thereof, PLAINTIFF requests that *sua sponte*, NAKAMURA, MARGINES. LARCH, MOSS, FELL, RODRIGUEZ, FIRMAT, and any other Judge named herein, abstain from this case.

**RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS (R.I.C.O.) Act**
**CIVIL COMPLAINT et *seq.*  (RE: Organized Crimes, Tax Frauds/Embezzlements, Death Threats, Child Pornography) against Sex-Offender GLENN RAY ANDERSON, his company-THE SHERR GROUP, INC.  a.k.a.  C-C.A.R.E.; OTHERS**

## CONSPIRACY TO COMMIT R.I.C.O. VIOLATIONS BY DEFENDANTS.

72.  Plaintiff now re-alleges each and every allegation as set forth above in Paragraphs 1-71, and hereby incorporates same by reference, as if all were set forth fully herein.  Substance prevails over form.

73.  At various times and places partially enumerated in Plaintiff's *documentary material*, all Defendants did associate with a RICO *enterprise* of individuals who were associated in fact and who engaged in, and whose activities did affect, interstate and foreign commerce.

74.  Likewise, all Defendants did conduct and/or participate, either directly or indirectly, in the conduct of the affairs of said RICO *enterprise* through a *pattern of racketeering activity*, all in violation of 18 U.S.C. §§1961(4), (5), (9), and 1962(c), and during the ten (10) calendar years preceding June 1, 2016 *A.D.*, all Defendants did cooperate jointly and severally in the commission of two (2) or more of the RICO predicate acts that are itemized in the RICO laws at 18 U.S.C. §§1961(1)(A) and (B), and did so in violation of the RICO law at 18 U.S.C. 1962(c) (Prohibited activities), and as a result of defendant's racketeering acts, Plaintiff was damaged in the amount of $25,000.000.00 ( Twenty-Five Million Dollars).

**WHEREFORE, Plaintiff requests judgment as follows:**

1. For a protective order, *sua sponte*, at the initiation of this case, by putting PLAINTIFF's mother in protective custody 24 hrs a day, all year round, because medical staff are slowly and systematically murdering her, with intentional medical malpractice, being instigated by ANDERSON and co-defendants.

2.  For $25,000,000.00 in monetary damages

3. For treble damages against each named defendant, jointly and severally;

4. For special damages for attorney's fees and expenses, and for costs of suit, ;

RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS (R.I.C.O.) Act
CIVIL COMPLAINT et *seq.*  (RE: Organized Crimes, Tax Frauds/Embezzlements, Death Threats, Child Pornography) against Sex-Offender GLENN RAY ANDERSON, his company-THE SHERR GROUP, INC.  a.k.a.  C-C.A.R.E.; OTHERS

5. For Punitive/Exemplary Damages against each defendant.

6. For such other and further relief as the Court may deem proper in order to maintain due respect for the rule of California State law in the Superior Courts, and the administration of justice in all courts statewide, and for the extradition & prosecution of out-of-state embezzler Bob Bugg.

7. For an order that convicted sex-offender GLENN RAY ANDERSON seek and get professional psychological help (because he is a threat to many women, children, and society at large), and for an order that ANDERSON check in a federal criminal court for so he can face federal prosecution of his many federal racketeering crimes.

8. For a restraining order against all defendants.

9. For an issuance of a Protective Order against Glenn Ray Anderson, to protect Plaintiff's mother from the ongoing death threats from Glenn Ray Anderson, Anaheim PD, and other law enforcement agencies.

10. For an order that this case gets sent to Criminal Court so there's prosecution of all defendants, such the prosecution of ANDERSON, ANDERSON's associates: MARK STEAD, KYLE PRITCHARD, GLADYS DUNCAN, BOB BUGG, PAM MORRIS, STAN MORRIS, JOYCE GILL, LONNIE GILL, DAVID LEWIS, the Tax accountant/bookkeeper and man others.

11. For an order banning all ANDERSON and remaining defendants from using cameras, monitors, video recorders, cell phones, computers, auto vehicles (because they used their vehicles as stalking weapons), and any kind of surveillance equipment, identified in Page 8, paragraph 35, of this complaint (because these were tools that defendants used in running and maintain their tax fraud operation, in using death threats along the way against Plaintiff and against Plaintiff's family).

**RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS (R.I.C.O.) Act**
**CIVIL COMPLAINT et _seq._ (RE: Organized Crimes, Tax Frauds/Embezzlements, Death Threats, Child Pornography) against Sex-Offender GLENN RAY ANDERSON, his company-THE SHERR GROUP, INC. a.k.a. C-C.A.R.E.; OTHERS**

12.  For an order banning all defendants, from associating with each other and from associating with any other private security company (because these were tools that defendants used in running and maintain their tax fraud operation, in using death threats along the way against Plaintiff and against Plaintiff's family), and to report themselves, along with their fraudulent tax bookkeeper to Tax Fraud authorities.

13.  For an order banning all defendants from associating and from coming near any Homeowners Association resident, HOA's, any common interest development, and any apartment associations, (because these were settling grounds that defendants used in manifesting, running and maintain their tax fraud operation, in using death threats along the way against Plaintiff and against Plaintiff's family, by using many of the condominiums' resources and tools to attack, and make many death threats against Plaintiff and Plaintiff's family members).

14..  For an order suspending defendants' drivers' license, because defendants have used many vehicles as weapons to try to cover up their state & federal grand tax fraud operation.

15. For any other order as the court deems proper to curtail defendants' 12-year federal tax fraud embezzlement operation, to make example of them and deter future criminal conduct.

16. For an order restricting ANDERSON and his associates from using cash money, but instead use credit and/or gift cards to keep track of their spending habits, since ANDERSON et al were involved in money laundering, and to reimburse the embezzled money to PLAINTIFF & residents

17. For an order restricting/banning communications between ANDERSON and any law enforcement agency, and any judicial officer/staff, unless it's a life threatening emergency

18. For a Dawn to Dusk curfew imposed on ANDERSON and his associates, because they have use nighttime to commit more crimes.

19. For an order that ANDERSON and other defendants wear a GPS monitoring tracking device on their ankles, 24 hours a day, 7 days a week, 365 days a year, for the rest of their lives, to ensure the safety of others.

RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS (R.I.C.O.) Act
CIVIL COMPLAINT et seq.  (RE: Organized Crimes, Tax Frauds/Embezzlements, Death Threats, Child Pornography) against Sex-Offender GLENN RAY ANDERSON, his company-THE SHERR GROUP, INC.  a.k.a.  C-C.A.R.E.; OTHERS

20.  For an order banning ANDERSON and SHERR GROUP from seeking advice and help from any Judicial Officer in the State of California, and from any State, Federal, and Appellate Court Judicial Officer anywhere in the United States of America.

21. For an order that ANDERSON, and all defendants, reimburse PLAINTIFF (and all residents of KALEIDOSCOPE, and PEPPERWOOD) association dues and money that was illegal obtained through embezzlements, fraud and racketeering activities committed by ANDERSON, the board members from KALEIDOSCOPE, and PEPPERWOOD, et alia.

22. For an order that ANDERSON, KALEIDOSCOPE's board of directors/managing officials, and PEPPERWOOD board of directors/managing officials, comply with their promise and finish KALEIDOSCOPE and PEPPERWOOD's outdoor remodeling project throughout the whole complex, within 4 months of granting of this order and not 15 years as they plan to.

23.. For 10% interest in restitution.


December 28, 2020                          By __*Eric Garcia*_____

                                               Eric Garcia (in pro per-Plaintiff)


DEMAND FOR JURY TRIAL


December 28, 2020                          By __*Eric Garcia*_____

                                               Eric Garcia (in pro per-Plaintiff)

/

**RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS (R.I.C.O.) Act**
**CIVIL COMPLAINT et *seq*.  (RE: Organized Crimes, Tax Frauds/Embezzlements, Death Threats, Child Pornography) against Sex-Offender GLENN RAY ANDERSON, his company-THE SHERR GROUP, INC.  a.k.a.  C-C.A.R.E.; OTHERS**